■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHARLES LA PLACA, Appellant.— Motion granted to prosecute appeal on original papers, typewritten briefs.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HAROLD LATSHAW, Appellant.— Motion granted to prosecute appeal on original papers, typewritten briefs.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM FISHER, Appellant, v. ROBERT E. MURPHY, as Warden of Auburn Prison, Respondent.— Motion to prosecute appeal as a poor person and for other relief denied.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PARKER F. BARTLETT, Appellant.— Appeal dismissed upon stipulation.

■ (A) THE PEOPLE OF THE STATE OF NEW YORK v. GERALD J. BRENNAN. (Donald F. Hathaway, Esq.) (B) THE PEOPLE OF THE STATE OF NEW YORK v. ROBERT EDWARD DIEFENBACHER. (Robert G. Iles, Esq.) (C) THE PEOPLE OF THE STATE OF NEW YORK v. WILLIS EDWARD GRIFFIN. (Sanford L. Church, Esq.) (D) THE PEOPLE OF THE STATE OF NEW YORK ex rel. LAWRENCE HAWS v. WALTER H. WILKINS, as Warden of Attica Prison. (Martin R. Bradley, Jr., Esq.) (E) THE PEOPLE OF THE STATE OF NEW YORK v. WILLIAM DONALD HOGAN. (Gerald A. Weinstein, Esq.) (F) THE PEOPLE OF THE STATE OF NEW YORK v. RAYMOND E. KOWALIK. (George E. Schaefer, Jr., Esq.) (G) THE PEOPLE OF THE STATE OF NEW YORK v. ALOIS LA FAYETTE. (William J. Casilio, Esq.) (H) THE PEOPLE OF THE STATE OF NEW YORK v. CARL LA MONTO. (Richard P. Dopkins, Esq.) (I) THE PEOPLE OF THE STATE OF NEW YORK v. ROBERT E. SCHWACH. (Michael J. McMorrow, Esq.) (J) THE PEOPLE OF THE STATE OF NEW YORK v. ROBERT THOMAS SMITH. (Thomas V. Considine, Esq.) — [In each action] Motion granted to prosecute appeal on original records, typewritten briefs, and counsel assigned, as indicated.

■ (A) LOUIS GLASSMAN, Plaintiff, v. HASKEL GOLDMAN et al., Defendants. HASKEL GOLDMAN, Third-Party Plaintiff, v. CLARENCE MAKEHAM et al., Doing Business as MAKEHAM GULF SERVICE, Third-Party Defendants. (B) IRVING AIR CHUTE CO. INC., Appellant, v. UNEXCELLED CHEMICAL CORPORATION et al., Respondents.— [In each action] Appeal dismissed, without costs, upon stipulation.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. KENNETH O. VAN SLYKE, Appellant, v. ROBERT E. MURPHY, as Warden of Auburn Prison, Respondent.— Application in all respects denied.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. KENNETH K. FROST, Appellant.— Appeal dismissed upon stipulation.

■ SPERRY AND HUTCHINSON COMPANY, Plaintiff, v. THEODORE BERKELEY, Doing Business as NATIONAL STAMP BANK, Defendant.— Appeals dismissed, without costs, upon stipulation.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PARKER F. BARTLETT and ROBERT J. LYND, Appellants.— Motion granted to appeal on original papers, typewritten briefs, and Norman H. Palmiere, Esq., assigned as counsel to conduct appeal.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EDWARD FIELDS, Appellant.— Motion granted to appeal on original papers, typewritten briefs and Lynn H. Smith, Esq., assigned as counsel to conduct appeal.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LOUIS PANEPINTO, Appellant.— Motions granted to prosecute appeals on original records, typewritten briefs; motion to dismiss appeal from judgment of conviction granted unless appeal is ready for argument at February 1963 Term; Erie County Clerk directed to furnish counsel with copy of stenographic minutes of hearing in *coram nobis* proceeding, provided that an additional copy